Jay Bhimani (SBN 267689)
**DECHERT LLP**
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
Email:  jay.bhimani@dechert.com

*Attorney for Defendant W. L. Gore & Associates, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE COUNTY OF SAN MATEO, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY), EIDP, INC., DUPONT DE NEMOURS, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., ELEVATE TEXTILES, INC., FIRE-DEX, LLC, GLOBE MANUFACTURING COMPANY, LLC, W. L. GORE & ASSOCIATES, INC., HONEYWELL SAFETY PRODUCTS USA, INC., INNOTEX, INTERTECH GROUP, INC., LION GROUP, INC., MILLIKEN & COMPANY, MORNING PRIDE MANUFACTURING L.L.C., PBI PERFORMANCE PRODUCTS, INC., SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC., STEDFAST USA, INC., and TENCATE PROTECTIVE FABRICS USA,<br><br>Defendants. | Case No. 3:26-cv-02380-JSC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR ANY RESPONSIVE MOTION; [PROPOSED] ORDER**<br><br>The Hon. Jacqueline Scott Corley<br><br>Complaint Filed: March 18, 2026 |

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

WHEREAS, on March 18, 2026, Plaintiff the County of San Mateo, and those similarly situated, filed its Complaint against Defendants 3M Company (f/k/a Minnesota Mining and Manufacturing Company), EIDP, Inc., DuPont de Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., Elevate Textiles, Inc., Fire-Dex, LLC, Globe Manufacturing Company, LLC, W. L. Gore & Associates, Inc., Honeywell Safety Products USA, Inc., Innotex, InterTech Group, Inc., Lion Group, Inc., Milliken & Company, Morning Pride Manufacturing L.L.C., PBI Performance Products, Inc., Safety Components Fabric Technologies, Inc., StedFast USA, Inc., and Southern Mills, Inc. d/b/a TenCate Protective Fabrics (collectively, the "Defendants") [Dkt. 1];

WHEREAS, the Complaint includes thirteen causes of action, names twenty Defendants, and proposes a putative nationwide class action;

WHEREAS, the operative deadlines for Defendants to answer, move to dismiss, or otherwise respond to the Complaint fall on different dates based on different dates of service;

WHEREAS, Plaintiff and Defendants have conferred and agree that judicial economy and the interests of justice would be served by modifying Defendants' deadlines to file an answer, move to dismiss, or otherwise respond to the Complaint to June 5, 2026;

WHEREAS, Plaintiff and Defendants have conferred and have agreed upon a briefing schedule for Defendants' potential responsive motion(s);

WHEREAS, the Parties further agree that the modification of Defendants' response deadline will not alter the date of any other event or any other deadline in this action;

**NOW THEREFORE, it is hereby STIPULATED AND AGREED, that:**

1. The deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint is June 5, 2026.

2. The deadline for Plaintiff to oppose any motion to dismiss or otherwise respond to Defendants is August 4, 2026.

3. The deadline for any replies to Plaintiff's opposition(s) by Defendants is September 3, 2026.

Dated:  April 9, 2026

By: */s/ Adam J. Zapala*

Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Christopher F. Jeu (SBN 247865)
Lauren Devens (SBN 364511)
COTCHETT, PITRE & McCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cjeu@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

*Counsel for Plaintiff and the Proposed Class*

Respectfully submitted,

*/s/ Jay Bhimani*
Jay Bhimani (SBN 267689)
**DECHERT LLP**
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
Email:  jay.bhimani@dechert.com

*Attorney for W. L. Gore & Associates, Inc.*

/s/ *Diana Chang*
Diana Chang (SBN: 319714)
**SHOOK, HARDY & BACON L.L.P.**
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
dchang@shb.com

Amy M. Crouch (*pro hac vice* forthcoming)
Brent Dwerlkotte (*pro hac vice* forthcoming)
Zachary S. Beach (*pro hac vice* forthcoming)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
amcrouch@shb.com
dbdwerlkotte@shb.com
zbeach@shb.com

*Attorneys for DuPont de Nemours, Inc., EIDP, Inc., Corteva, Inc., The Chemours Company, and The Chemours Company FC, LLC*

*/s/ Nathan C. Chase, Jr.*
**ROBINSON, BRADSHAW & HINSON, P.A.**
Nathan C. Chase, Jr. (SBN: 247526)
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-2536
nchase@rbh.com

*Attorneys for Defendants Honeywell Safety Products USA, Inc. and Morning Pride Manufacturing, LLC*

*/s/   Paul Desrochers*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Glenn A. Friedman (SBN:  104442)

3

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

Paul A. Desrochers (SBN: 214855)
45 Fremont Street, Suite 3000
San Francisco, CA 94105-2256
Telephone: 415.362.2580
Facsimile:   415.434.0882
Glenn.Friedman@lewisbrisbois.com
Paul.Desrochers@lewisbrisbois.com

*Attorneys for Defendant Lion Group, Inc.*

/s/ Robert J. Romero
**HINSHAW & CULBERTSON LLP**
Robert J. Romero (SBN: 136539)
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile:   415-834-9070
rromero@hinshawlaw.com

*Attorneys for Stedfast USA, Inc.*

/s/ Peter J. Van Zandt
Peter J. Van Zandt
Kelsey J. Moe
**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: 415.697.2194
Facsimile: 415.434.0882
pvanzandt@aghwlaw.com
kmoe@aghwlaw.com

*Attorneys for Defendant PBI Performance Products, Inc. and Intertech Group, Inc.*

/s/ Michele Floyd
Michele Floyd (State Bar No. 163031)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center
Suite 1900
San Francisco, California 94111
Telephone:  415 576 0200
Facsimile:  415 576 0300
MFloyd@ktslaw.com

James F. Bogan III (pro hac vice)
Georgia Bar No. 065220
Bennett T. Richardson (pro hac vice)
Georgia Bar No. 974586
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528

4

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

Telephone: (404) 815-6467
Facsimile: (404) 541-3133
jbogan@ktslaw.com
btrichardson@ktslaw.com

*Counsel for Defendant Southern Mills, Inc. d/b/a TenCate Protective Fabrics*

*/s/ M. Russell Wofford, Jr.*
M. Russell Wofford, Jr., SBN 154378
Jameson B. Carroll, Ga. Bar No. 112640 (pro hac vice admission to be sought)
Michael Weiss, Ga. Bar No. 746494 (pro hac vice admission to be sought)
**CARROLL & WEISS LLP**
2870 Peachtree Rd NW, Suite 193
Atlanta, GA 30305-2918
rwofford@carrollweiss.com
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
Tel: 404.514.5061

*Attorneys for Defendant Milliken & Company*

*/s/ Erik W. Kemp*
**STINSON LLP**
Erik W. Kemp (SBN 246196)
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439
erik.kemp@stinson.com

Jason R. Benton (*pro hac vice* forthcoming)
NC State Bar No. 27710
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000 - Phone
(704) 334-4706 - Facsimile
jasonbenton@parkerpoe.com

Robert Osborne (*pro hac vice* forthcoming)
SC State Bar No. 101827
**PARKER POE ADAMS & BERNSTEIN LLP**
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
(843) 727-2662 - Phone
robertosborne@parkerpoe.com

5

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

*Attorneys for Elevate Textiles, Inc. and Safety Components Fabric Technologies, Inc.*

By: /s/ Shane Hoover
SHANE HOOVER (SBN 327133)
**GOLDBERG SEGALLA LLP**
shoover@goldbergsegalla.com
611 Gateway Blvd., Suite 120
South San Francisco, CA 94080
Tel: 415-432-6648
Fax: 415-432-6601

*Attorneys for Defendant
Innotex Corp.*

/s/ Bill Munoz
Bill Munoz
California Bar No. 191649
**FREEMAN MATHIS & GARY, LLP**
2281 Lava Ridge Court, Suite 130
Roseville, CA 95661
Tel: (916) 272-1423
Bill.Munoz@fmglaw.com

Kevin Kenneally (pro hac vice forthcoming)
Massachusetts Bar No. 550050
Joshua Ferguson (pro hac vice forthcoming)
Pennsylvania Bar No. 93188
Kevin Ringel (pro hac vice forthcoming)
Illinois Bar No. 6308106
**FREEMAN MATHIS & GARY, LLP**
33 N. Dearborn St., Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
Kevin.Kenneally@fmglaw.com
JFerguson@fmglaw.com
Kevin.Ringel@fmglaw.com

*Counsel for Defendant Fire-Dex*

/s/ Kenneth P. Conour
Kenneth P. Conour
California Bar No. 148064
**BUTLER SNOW LLP**
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone:     615.651.6700
Facsimile:     615.651.6701
kenneth.conour@butlersnow.com

6

/s/ Michael B. Hewes
Michael B. Hewes (*pro hac vice forthcoming*)
**BUTLER SNOW LLP**
1300 25th Avenue, Suite 204
Gulfport, MS  39501
Telephone: (228) 575.3039
Michael.Hewes@butlersnow.com


/s/ Caroline D. Walker
Caroline D. Walker (*pro hac vice forthcoming*)
**BUTLER SNOW LLP**
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: (205) 297-2200
Caroline.Walker@butlersnow.com

*Attorneys for Defendant 3M Company*

/s/ Clement L. Glynn
Clement L. Glynn
**GLYNN, FINLEY, MORTL, HANLON &
FRIEDENBERG, LLP**
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Phone (925) 210-2801
Fax (925) 945-1975
cglynn@glynnfinley.com

James Stengel (*pro hac vice* forthcoming)
Paige Pavone (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Phone (212) 506-5000
Fax (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
2100 Pennsylvania Ave NW
Washington, DC 20037
Phone (202) 339-8400
Fax (202) 339-8500
hdang@orrick.com

*Attorneys for Defendant Globe Manufacturing
Company, LLC*

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: April 9, 2026

/s/*Jay Bhimani*
Jay Bhimani

STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER - 3:26-CV-02380-JSC

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. Jacqueline Scott Corley
United States District Judge

## CERTIFICATE OF SERVICE

I, Jay Bhimani, hereby certify that, on April 9, 2026, I caused the foregoing to be filed via the Court's Case Management/Electronic Case Files (CM/ECF) system, and that participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

Dated: April 9, 2026                    Respectfully submitted,

                                        */s/ Jay Bhimani*
                                        Jay Bhimani (SBN 267689)

                                        *Attorney for W. L. Gore & Associates, Inc.*